IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS,           ) | |
| )| |
| Petitioner,                   ) | |
| )| CIVIL ACTION NO. |
| v.                            ) | 2:13cv240-MHT |
| )| (WO) |
| UNITED STATES OF AMERICA,     ) | |
| )| |
| Respondent.                   ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 27) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 26) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 30th day of September, 2015.**

                                            **/s/ Myron H. Thompson**
                                       **UNITED STATES DISTRICT JUDGE**